IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW AS** |
| v. | ) | **ATTORNEY** |
| | ) | |
| MILEA IXTA, | ) | |
| | ) | |
| Defendant. | ) | |

Assistant Federal Public Defender Richard McWilliams and the Office of the Federal Public Defender (D. Neb.) moves to withdraw as counsel for the Defendant Milea Ixta on the ground that a conflict has developed between Ms. Ixta and another client of the office. We ask the Court for leave to withdraw from the case and for the Court to appoint Ms. Ixta successor counsel under the Criminal Justice Act (18 U.S.C. § 3006A) Plan.

DATED June 11, 2021.

By:     /s/Richard H. McWilliams
        **RICHARD H. McWILLIAMS**
        **Assistant Federal Public Defender**
        222 South 15th Street, Ste. 300N
        Omaha, NE 68102
        (402) 221-7896
        Rich_mcwilliams@fd.org