IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:21CR131 |
| vs. | |
| MILEA IXTA, | ORDER |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender Richard H. McWilliams and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Milea Ixta. (Filing No. 25). Richard H. McWilliams represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Richard H. McWilliams' and the Office of the Federal Public Defender's motion to withdraw (Filing No. 25) is granted.

Hugh P. Reefe, 1904 Farnam Street, Suite 700, Omaha, NE 68102, (402) 346-0666, is appointed to represent Milea Ixta for the balance of these proceedings pursuant to the Criminal Justice Act. Richard H. McWilliams shall forthwith provide Hugh P. Reefe with the discovery materials provided the defendant by the government and such other materials obtained by Richard H. McWilliams which are material to Milea Ixta's defense.

The clerk shall provide a copy of this order to Hugh P. Reefe and the defendant.

**IT IS SO ORDERED.**

DATED this 22nd day of June, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge