IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ) | | C8:21CR131 |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | APPEARANCE |
| ) | | |
| MILEA IXTA, ) | | |
| ) | | |
| Defendant. ) | | |

COMES NOW, Hugh P. Reefe, and hereby enters his appearance on behalf of the Defendant, Milea Ixta.

June 23, 2021

                                       s/Hugh P. Reefe
                                       Hugh P. Reefe #21318
                                       1904 Farnam St., Ste 700
                                       Omaha NE 68102
                                       (402) 346-0666
                                       Facimile: (402) 341-3434
                                       Email: hughreefe@yahoo.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above and forgoing Appearance was delivered to the Assistant United States Attorney through the cm/ecf filing system this 23rd day of June, 2021.

                                       s/Hugh P. Reefe
                                       Hugh P. Reefe #21318