IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **APPEARANCE OF COUNSEL** |
| | ) | |
| MILEA IXTA, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW attorney, William F. Eustice, 209 South 19th Street, Suite 525, Omaha, Nebraska 68102 (402) 341-3400, and hereby enters his Appearance as counsel for the Defendant, MILEA IXTA, in connection with the above-captioned action.

DATED this 20th day of July, 2021.

MILEA IXTA, Defendant

By: */s/ William F. Eustice*
William F. Eustice #15386
Attorney for Defendant
209 South 19th Street, Suite 525
Omaha, NE 68102
Phone (402) 341-3400
Fax (402) 341-2188
eusticelaw@hotmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 20th day of July, 2021, a true and correct copy of the foregoing **Appearance of Counsel** was sent to:

Patrick MCGee, Assistant Attorney General, United States Attorney's Office
via the email address on file through the Nebraska Court e-filing system.

*/s/ William F. Eustice*