**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO** |
| | ) | **CONTINUE TRIAL** |
| MILEA IXTA, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, MILEA IXTA, by and through his attorneys, WILLIAM F. EUSTICE, and respectfully requests this Court to continue the trial in this matter. In support of this Motion, the Defendant respectfully shows the Court as follows:

1. This Court scheduled the trial of this matter to commence on August 17, 2021.
2. The Government and the Defendant continue to engage in the discovery process and are actively in negotiations towards a Plea Agreement, but have not yet completed the details.
3. The Defendant requests this Court continue the trial of this case for thirty (30) days.
4. This request is not made for purposes of delay.
5. Undersigned counsel makes the following professional representation to this Court: I have discussed this requested continuance with Patrick McGee, one of the attorneys representing the Plaintiff. Mr. McGee does not object to the requested continuance, supports the same, and has authorized the undersigned to represent the same to this Court.

WHEREFORE, the Defendant, MILEA IXTA, respectfully requests this Court continue the trial of this matter.

MILEA IXTA, Defendant

*/s/ William F. Eustice*
William F. Eustice #15386
209 South 19th Street, Suite 525
Omaha, NE 68102
Phone: 402-341-3400
Fax: 402-341-2188
omahalaw@live.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all interested parties on the Clerk's CM/ECF electronic filing system.

*/s/ William F. Eustice*
William F. Eustice #15386