IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MILEA IXTA,<br><br>           Defendant. | 8:21CR131<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

The United States hereby notifies the Court of the substitution of Mikala Purdy-Steenholdt, Assistant United States Attorney, as counsel for the United States in this matter, replacing Patrick C. McGee, who is no longer assigned to this case.

Please direct all future pleadings and correspondence to the undersigned.

                                  UNITED STATES OF AMERICA,
                                  Plaintiff

                                  JAN W. SHARP
                                  Acting United States Attorney
                                  District of Nebraska

                                  *s/ Mikala Purdy-Steenholdt*
By:    MIKALA PURDY-STEENHOLDT
          Assistant United States Attorney
          1620 Dodge Street, Suite 1400
          Omaha, Nebraska 68102-1506
          (402) 661-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                  *s/ Mikala Purdy-Steenholdt*
                                  MIKALA PURDY-STEENHOLDT
                                  Assistant United States Attorney